UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10 B 01017 |
| | ) | |
| CHARLES HENRY GROSZEK | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE BRUCE W. BLACK |

### ORDER EXTENDING DATE TO FILE PROOF OF CLAIM FOR KAREN GROSZEK

**THIS MATTER COMING** on to be heard on the motion of Creditor, **KAREN GROSZEK** to extend the time for her to file a Proof of Claim thirty (30) days after the Judgment in her and debtor's Marriage Dissolution Proceeding becomes final and the Court considering said motion and other being fully advised in the premises

### IT IS HEREBY ORDERED

The aforesaid Motion is granted. **KAREN GROSZEK** shall be permitted to file a claim and the same shall be considered timely, thirty (30) days after the Judgment entered in the Marriage Dissolution Proceeding between her and the debtor becomes final.

*Status Date of Nov 17, 2010 at 9:30 A*

Date: 14 MAY 2010

Enter: _Bruce W. Black_
JUDGE BRUCE W. BLACK

Prepared by:
**BRADLEY J. WALLER**
Klein, Stoddard, Buck, Waller & Lewis LLC
2045 Aberdeen Court
Sycamore, IL 60178
(815) 748-0380